IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-2164-JAR-JPO |
| ) | |
| THE METCALF DEVELOPMENT, LLC, ) | |
| a Missouri limited liability company, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant The Metcalf Development, LLC ("Defendant"), by and through counsel, and requests that the Court grant an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. Plaintiff filed his Complaint on April 11, 2018.

2. Defendant's original deadline to answer or otherwise respond to the Complaint is May 7, 2018.

3. Counsel for Defendant requires additional time to prepare a proper response to the Complaint.

4. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.

5. Counsel for Defendant has discussed this motion with counsel for Plaintiff, who has consented to this motion.

6. Defendant requests an extension of twenty-one (21) days, or up to and including May 28, 2018, by which to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendant requests up to and including May 28, 2018, to answer or otherwise respond to Plaintiff's Complaint, and for such other relief as the Court deems just and proper.

DATE:  May 8, 2018

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*
Kyle B. Russell, KS # 20457
Phillip C. Thompson, KS # 27575
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone:  (913) 981-1018
Facsimile:  (913) 981-1019
Kyle.Russell@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2018, a true and accurate copy of the above and foregoing was filed electronically via the Court's CM/ECF electronic filing system with a copy sent via electronic mail to the following:

Robert J. Vincze
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
vinczelaw@att.net

ATTORNEY FOR PLAINTIFF

*/s/ Phillip C. Thompson*
ATTORNEY FOR DEFENDANT