IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THF METCALF DEVELOPMENT, LLC, ) <br> a Missouri limited liability company, ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-2164-JAR-JPO |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant, by and through Counsel, and stipulate to the dismissal of this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding the matters in this action.

DATE: July 26, 2018

LAW OFFICES OF ROBERT J. VINCZE

/s/ *Robert J. Vincze*
Robert J. Vincze, KS #14101
PO Box 792
Andover, KS 67002
Telephone: (303) 204-8207
vinczelaw@att.net
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*
Kyle B. Russell, KS # 20457
Phillip C. Thompson, KS # 27575
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com
*Attorneys for Defendant*